UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAN P. STEVENS,<br><br>　　　　Defendant. | No.  2:24-po-0270 CKD<br><br><u>REFUND ORDER</u> |

　　　On 12/10/2024, the government moved to dismiss the citation CA66/f5432431  without prejudice and the motion was granted by the court.  On 12/11/2024, the defendant paid $180.00 to the Central Violations Bureau.

　　　Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $180.00 due to overpayment.

　　　IT IS SO ORDERED.

Dated:  December 16, 2024

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1